## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| _____ | ) |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-05045 |
| | ) |
| Dennis E. Hecker, Midwest Motors, LLC, | ) |
| LKMCD Properties, LLC, Chrysler | ) |
| Financial Services Americas LLC, Toyota | ) |
| Motor Credit Corporation, Toyota Financial | ) |
| Savings Bank, Inver Grove Motors LLC, | ) |
| d/b/a Denny Hecker's Inver Grove Toyota, | ) |
| Jacob Holdings of Highway 110 LLC, Jacob | ) |
| Holdings of Akron Avenue LLC, | ) |
| | |
| Defendants. | |

## STIPULATION

Plaintiff Randall L. Seaver, Trustee (the "Trustee") and Defendant Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through their respective undersigned attorneys, stipulate and agree that the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding shall be extended through December 3, 2009.

Dated:  November 4, 2009        LEONARD, O'BRIEN, SPENCER, GALE
                                    & SAYRE, LTD.

By /e/ Matthew R. Burton
    Matthew R. Burton

Attorneys for Plaintiff


Dated:  November 4, 2009        GRAY, PLANT, MOOTY, MOOTY &
                                    BENNETT, P.A.

By /e/ Stephen F. Grinnell
    Stephen F. Grinnell

Attorneys for Defendant Chrysler Financial
Services Americas LLC

GP:2670070 v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| | ) |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-05045 |
| | ) |
| Dennis E. Hecker, Midwest Motors, LLC, | ) |
| LKMCD Properties, LLC, Chrysler | ) |
| Financial Services Americas LLC, Toyota | ) |
| Motor Credit Corporation, Toyota Financial | ) |
| Savings Bank, Inver Grove Motors LLC, | ) |
| d/b/a Denny Hecker's Inver Grove Toyota, | ) |
| Jacob Holdings of Highway 110 LLC, Jacob | ) |
| Holdings of Akron Avenue LLC, | ) |
| | |
| Defendants. | |

---

## ORDER

Pursuant to the Stipulation between Plaintiff Randall L. Seaver, Trustee and

Defendant Chrysler Financial Services Americas LLC, the time within which Chrysler

Financial may timely answer or otherwise plead in response to the Trustee's amended

complaint in this adversary proceeding is extended through December 3, 2009.

**BY THE COURT:**

Dated: November ___, 2009

_____
Robert J. Kressel
U.S. Bankruptcy Court Judge

GP:2670073 v1