## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>**DENNIS E. HECKER,**<br>  **Debtor.**<br><br>―――――――――――――――<br><br>**RANDALL L. SEAVER, TRUSTEE,**<br><br>  **Plaintiff,**<br>**v.**<br><br>**DENNIS HECKER, MIDWEST MOTORS, LLC, LKMCD PROPERTIES, LLC, CHRYSLER FINANCIAL SERVICES AMERICAS LLC, TOYOTA MOTOR CREDIT CORPORATION, INVER GROVE MOTORS LLC D/B/A DENNY HECKER'S INVER GROVE TOYOTA, JACOB HOLDINGS OF HIGHWAY 110 LLC, AND JACOB HOLDINGS OF AKRON AVENUE LLC**<br><br>  **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> **Bankruptcy Case No:**<br> **09-50779-RJK**<br><br> **Chapter 7**<br><br><br> **Adversary Proceeding No.:**<br> **09-05045** |

## ORDER

Based on the stipulation between the plaintiff and defendant Dennis Hecker,

IT IS ORDERED: Defendant Dennis Hecker has through December 3, 2009

to timely answer or otherwise plead to the complaint.


Dated: November 16, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Court

1

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 11/16/2009
Lori Vosejpka, Clerk, By amm, Deputy Clerk