# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-05045 |
| | ) |
| Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC, d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, Jacob Holdings of Akron Avenue LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | |

## STIPULATION

Plaintiff Randall L. Seaver, Trustee (the "Trustee") and Defendant Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through their respective undersigned attorneys, stipulate and agree that the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding shall be extended through January 8, 2010.

Dated:  December 1, 2009	LEONARD, O'BRIEN, SPENCER, GALE
	  & SAYRE, LTD.


	By /e/ Matthew R. Burton
	    Matthew R. Burton

	Attorneys for Plaintiff


Dated:  December 1, 2009	GRAY, PLANT, MOOTY, MOOTY &
	  BENNETT, P.A.


	By /e/ Stephen F. Grinnell
	    Stephen F. Grinnell

	Attorneys for Defendant Chrysler Financial
	Services Americas LLC


GP:2670070 v2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | Hon. Robert J. Kressel |
| Randall L. Seaver, Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 09-05045 |
| Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC, d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, Jacob Holdings of Akron Avenue LLC, | |
| Defendants. | |

## ORDER

Pursuant to the Stipulation between plaintiff and defendant Chrysler Financial Services Americas LLC, the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding is extended through January 8, 2010.

**BY THE COURT:**

Dated: December __, 2009

_____
Robert J. Kressel
U.S. Bankruptcy Court Judge

GP:2670073 v2