UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | |
| ) | **Bankruptcy Case No:** |
| DENNIS E. HECKER, ) | **09-50779-RJK** |
| Debtor. ) | |
| ) | **Chapter 7** |
| ) | |
| RANDALL L. SEAVER, TRUSTEE, ) | |
| ) | |
| Plaintiff, ) | **Adversary Proceeding No.:** |
| v. ) | **09-05045** |
| ) | |
| DENNIS HECKER, MIDWEST MOTORS, ) | |
| LLC, LKMCD PROPERTIES, LLC, ) | |
| CHRYSLER FINANCIAL SERVICES ) | |
| AMERICAS LLC, TOYOTA MOTOR ) | |
| CREDIT CORPORATION, INVER GROVE ) | |
| MOTORS LLC D/B/A DENNY HECKER'S ) | |
| INVER GROVE TOYOTA, JACOB ) | |
| HOLDINGS OF HIGHWAY 110 LLC, AND ) | |
| JACOB HOLDINGS OF AKRON AVENUE ) | |
| LLC | |
| | |
| **Defendant** | |

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Randall L. Seaver, Trustee, and Defendant Dennis Hecker, that Defendant Dennis Hecker shall have an extension of time in which to respond to the Amended Complaint of the Plaintiff through and including January 8, 2010.

1

**LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE, LTD.**

Dated:  December 3, 2009

By:___/s/ Matthew R. Burton_____
Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota  55402
Telephone:  (612) 332-1030
Facsimile:  (612) 332-2740

**ATTORNEYS FOR RANDALL L.
SEAVER, TRUSTEE**

**SKOLNICK & SHIFF, P.A.**

Dated: December 3, 2009

By:_/e/  William R. Skolnick_____
William R. Skolnick #137182
LuAnn M. Petricka #18505X
527 Marquette Avenue South, #2100
Minneapolis, MN 55402
(612) 677-7600
wskolnick@skolnick-shiff.com
petricka@visi.com

**ATTORNEYS FOR DENNIS  HECKER**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>DENNIS E. HECKER,<br>    Debtor.<br><br>---<br><br>RANDALL L. SEAVER, TRUSTEE,<br><br>    Plaintiff,<br>v.<br><br>DENNIS HECKER, MIDWEST MOTORS, LLC, LKMCD PROPERTIES, LLC, CHRYSLER FINANCIAL SERVICES AMERICAS LLC, TOYOTA MOTOR CREDIT CORPORATION, INVER GROVE MOTORS LLC D/B/A DENNY HECKER'S INVER GROVE TOYOTA, JACOB HOLDINGS OF HIGHWAY 110 LLC, AND JACOB HOLDINGS OF AKRON AVENUE LLC<br><br>    Defendant | **Bankruptcy Case No:**<br>**09-50779-RJK**<br><br>**Chapter 7**<br><br><br>**Adversary Proceeding No.:**<br>**09-05045** |

## ORDER

Based on the stipulation between the Plaintiff and Defendant, Dennis Hecker, the time within which Dennis Hecker may timely answer or otherwise plead in response to the amended complaint is extended through January 8, 2010.

Dated: December ___, 2009

                                                                _____
                                                                Robert J. Kressel
                                                                Chief Judge
                                                                United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker                                            BKY No. 09-50779 RJK

                     Debtor.

Randall L. Seaver, Trustee,

                     Plaintiff,

                                                                    Adversary No. 09-05045

v.

Dennis Hecker, Midwest Motors, LLC,
LKMCD Properties, LLC, Chrysler Financial Services
Americas LLC, Toyota Motor Credit Corporation,
Inver Grove Motors LLC d/b/a Denny Hecker's
Inver Grove Toyota, Jacob Holdings of Highway 110 LLC,
And Jacob Holdings of Akron Avenue LLC

                     Defendants.

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on December 3, 2009, I caused the following
**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following listed below:

| | |
|---|---|
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Clinton E. Cutler | ccutler@fredlaw.com, mdavis@fredlaw.com |
| Randall L. Seaver | rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com |
| Matthew R. Burton | mburton@losgs.com |

I also caused a copy of the **STIPULATION OF TIME TO RESPOND TO COMPLAINT AND PROPOSED ORDER** to be sent directly via U.S. Mail, postage paid to the following listed below:

Midwest Motors, LLC                            LKMCD Properties, LLC
Attn: Officer/Managing Agent              Attn: Officer/Managing Agent
2873 Highway 61 North                         2873 Highway 61 North

Maplewood, MN 55109               Maplewood, MN  55109

Toyota Motor Credit Corporation   Inver Grove Motors LLC D/B/A/
Attn:  Officer/Managing Agent     Denny Hecker's Inver Grove Toyota
301 Carlson Parkway               Attn:  Officer/Managing Agent
Suite 210                         500 Ford Road
Minnetonka, MN 55305              Minneapolis, MN  55426

Jacob Holdings of Highway 110 LLC Jacob Holdings of Akron Avenue LLC
Attn:  Officer/Managing Agent     Attn:  Officer/Managing Agent
500 Ford Road                     500 Ford Road
Minneapolis, MN  55426            Minneapolis, MN  55426

Chrysler Financial Services Americas
Attn:  Officer/Managing Agent
CIMS 405-23-01
27777 Inkster Road
Farmington, MI  48334


Dated:  December 3, 2009          **SKOLNICK & SHIFF, P.A.**


                                  /e/ William R. Skolnick
                                  William R. Skolnick #137182
                                  LuAnn M. Petricka #18505X
                                  2100 Rand Tower
                                  527 Marquette Avenue South
                                  Minneapolis, MN 55402
                                  (612) 677-7600
                                  wskolnick@skolnick-shiff.com
                                  **ATTORNEY FOR DENNIS E. HECKER**