# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | Hon. Robert J. Kressel |
| Randall L. Seaver, Trustee, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 09-05045 |
| Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC, d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, Jacob Holdings of Akron Avenue LLC, | |
| Defendants. | |

## STIPULATION

Plaintiff Randall L. Seaver, Trustee (the "Trustee") and Defendant Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through their respective undersigned attorneys, stipulate and agree that the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding shall be extended through January 15, 2010.

Dated: January 7, 2010          LEONARD, O'BRIEN, SPENCER, GALE
                                                            & SAYRE, LTD.

                                                            By /e/ Matthew R. Burton
                                                                 Matthew R. Burton

                                                            Attorneys for Plaintiff


Dated: January 7, 2010          GRAY, PLANT, MOOTY, MOOTY &
                                                            BENNETT, P.A.

                                                                By /e/ Stephen F. Grinnell
                                                                Stephen F. Grinnell

                                                            Attorneys for Defendant Chrysler Financial
                                                            Services Americas LLC


GP:2670070 v3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) Case No. 09-50779 |
| | ) |
| Dennis E. Hecker, | ) Chapter 7 |
| | ) |
| Debtor. | ) Hon. Robert J. Kressel |
| | ) |
| Randall L. Seaver, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-05045 |
| | ) |
| Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC, d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, Jacob Holdings of Akron Avenue LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | |

**ORDER**

Pursuant to the Stipulation between plaintiff and defendant Chrysler Financial Services Americas LLC, the time within which Chrysler Financial may timely answer or otherwise plead in response to the Trustee's amended complaint in this adversary proceeding is extended through January 15, 2010.

Dated: _____
Robert J. Kressel
U.S. Bankruptcy Court Judge

GP:2670073 v2