UNITES STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**DENNIS E. HECKER**

Debtor.

Case No. 09-50779-RJK

Chapter 7

---

RANDALL L. SEAVER,

Plaintiff,

vs.

DENNIS E. HECKER, MIDWEST MOTORS LLC, LKMCD PROPERTIES, LLC, CHRYSLER FINANCIAL SERVICES AMERICAS LLC, TOYOTA MOTOR CREDIT CORPORATION, INVER GROVE MOTORS LLC D/B/A DENNY HECKER'S INVER GROVE TOYOTA, JACOB HOLDINGS OF HIGHWAY 101 LLC, AND JACOB HOLDINGS OF AKRON AVENUE LLC,

Defendants.

ADV Pro. No. 09-05045

**SUBSTITUTION OF COUNSEL**

---

**PLEASE TAKE NOTICE** that John R. Neve of Neve Law, PLLC is substituting in place of William R. Skolnick of Skolnick & Shiff, P.A. as counsel for Defendant Dennis E. Hecker in the above captioned matter. Copies of all papers, pleadings, notices, etc. with regard to Defendant Dennis E. Hecker should be served upon John R. Neve at Neve Law, PLLC, 8500 Normandale Lake Blvd., Suite 1080, Minneapolis, MN 55437.

1

NEVE LAW, PLLC

Date: March 25, 2010     By: /s/ John R. Neve

John R. Neve (#278300)
8500 Normandale Boulevard
Suite 1080
Minneapolis, MN 55437
(952) 929-3232

**ATTORNEY FOR DEFENDANT
DENNIS E. HECKER**

**SKOLNICK & SHIFF, P.A.**

Date: March 25, 2010     By: /s/ William R. Skolnick

William R. Skolnick (#137182)
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
612-677-7600
612-677-7601  Facsimile

**FORMER ATTORNEY FOR
DEFENDANT DENNIS HECKER**

2

I, Dennis E. Hecker, hereby consent to the Substitution of Counsel replacing William R. Skolnick of Skolnick & Shiff, P.A. with John R. Neve of Neve Law, PLLC.

DATED: March 25, 2010

_____
DENNIS E. HECKER

3