UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

    Debtor.    BKY 09-50779

----------------------------------

Randall L. Sever, Trustee,    ADV 09-5045

    Plaintiff,

v.    <u>**JUDGMENT**</u>

Dennis E. Hecker,

    Defendant, Cross-Claimant and Counter-Claimant,

Midwest Motors, LLC,

    Defendant and Counter-Claimant,

LKMCD Properties, LLC, Chrysler Financial Services
Americas LLC, Toyota Motor Credit Corporation,
Inver Grove Motors LLC d/b/a Denny Hecker's
Inver Grove Toyota, Jacob Holdings of Highway 110 LLC,
Jacob Holdings of Akron Avenue LLC, and Toyota Financial
Savings Bank,

    Defendants.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. Defendant Dennis E. Hecker shall recover nothing on his counter-claim against the plaintiff or his cross-claim against Midwest Motors, LLC.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2010*
Lori Vosejpka, Clerk, by LMH

2. Defendant Midwest Motors, LLC, properly cancelled the personal services agreement with defendant Dennis E. Hecker.

3. The plaintiff shall retain $65,000.00 of the amount that he currently holds in escrow and shall pay to defendant Toyota Financial Savings Bank the sum of $18,333.32.

4. Defendant Midwest Motors, LLC, shall pay to defendant Chrysler Financial Services Americas, LLC, the sum of $150,000.00.

5. Defendant Midwest Motors, LLC, shall pay to defendant Toyota Financial Savings Bank the sum of $266,668.68.

6. Defendant LKMCD Properties, LLC, shall return defendant Dennis E. Hecker's promissory note evidencing a $100,000.00 loan made by LKMCD to Hecker with the notation that the promissory note has been paid in full.

7. Defendant Midwest Motors, LLC, shall deliver to defendant Dennis E. Hecker title to the 2007 Toyota Tundra described in the settlement agreement.

8. Except as provided above, all claims, cross-claims, and counter-claims are denied.

Dated: July 20, 2010  
At: Minneapolis, Minnesota

Lori A. Vosejpka  
Clerk of Bankruptcy Court

By: /e/ Lynn M. Hennen  
Lynn M. Hennen  
Deputy Clerk