# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee | |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | Adv. No. 09-5045 |
| Dennis E. Hecker, et al., | |
| Defendants. | |

Dennis E. Hecker, Defendant, appeals under 28 U.S.C. § 158 (a) from the judgment, order, or decree of the bankruptcy judge granting summary judgment pursuant to motions of Plaintiff Randall L. Seaver and Defendants Midwest Motors, LLC, LKMCD Properties, LLC, Toyota Financial Savings Bank, Toyota Motor Credit Corporation and Chrysler Financial Services Americas, LLC and entered in this adversary proceeding on the 20th day of July, 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **PLAINTIFF/APPELLEE** | **COUNSEL FOR PLAINTIFF/APPELLEE** |
|---|---|
| Randall L. Seaver, Trustee | Matthew R. Burton (#210018)<br>James M. Jorissen (#262833)<br>LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.<br>100 S 5th St, Suite 2500<br>Minneapolis, MN 55402<br>(612) 332-1030 |

| DEFENDANT/APPELLANT | COUNSEL FOR DEFENDANT/APPELLANT |
|---|---|
| Dennis E. Hecker | John R. Neve (#278300)<br>NEVE LAW, PLLC<br>8500 Normandale Lake Boulevard, Suite 1080<br>Minneapolis, MN 55437<br>(952) 929-3232 |
| **DEFENDANT/APPELLEES** | **COUNSEL FOR DEFENDANT/APPELLEES** |
| Midwest Motors, LLC, and LKMCD Properties, LLC | William J. O'Brien (#184822)<br>Andrew P. Moratzka (#322131)<br>1400 AT&T Tower<br>901 Marquette Ave<br>Minneapolis, MN 55402<br>(612) 305-1400 |
| **DEFENDANT/APPELLEE** | **COUNSEL FOR DEFENDANT/APPELLEE** |
| Toyota Financial Savings Bank | Will R. Tansey (#0323056)<br>RAVICH MEYER KIRKMAN MCGRATH NAUMAN & TANSEY, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>(612) 332-8511<br><br>and<br><br>Michael B. Lubic, admitted *Pro Hac Vice*<br>K&L GATES LLP<br>10100 Santa Monica Blvd., 7th Floor<br>Los Angeles, CA 90067<br>(310) 552-5000 |
| **DEFENDANT/APPELLEE** | **COUNSEL FOR DEFENDANT/APPELLEE** |
| Toyota Motor Credit Corporation | Timothy J. Peters (#269979)<br>PETERS LAW FIRM, P.L.C.<br>2116 Second Avenue South<br>Minneapolis, MN 55404<br>(612) 746-1475<br><br>Gregory L. Taddonio, admitted *Pro Hac Vice*<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>(412) 288-7102 |

| DEFENDANT/APPELLEE | COUNSEL FOR DEFENDANT/APPELLEE |
|---|---|
| Chrysler Financial Services Americas LLC | Nicholas N. Nierengarten (#79169)<br>Stephen F. Grinnell (#37928)<br>GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402<br>(612) 632-3040<br><br>and<br><br>MAYER BROWN LLP<br>Howard J. Roin, admitted *Pro Hac Vice*<br>Stuart M. Rozen, admitted *Pro Hac Vice*<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-7302 |

Dated: August 3, 2010

NEVE LAW, PLLC

    */e/ John R. Neve*
    John R. Neve (#278300)
8500 Normandale Lake Boulevard, Suite 1080
Minneapolis, MN 55437
(952) 929-3232

ATTORNEY FOR DEBTOR AND
DEFENDANT DENNIS E. HECKER

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158 (c), to have the appeal heard by the district court.**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Bky No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee | |
| Plaintiff, | Adv. No. 09-5045 |
| vs. | |
| Dennis E. Hecker, et al., | |
| Defendants. | |

UNSWORN DECLARATION FOR PROOF OF SERVICE

John R. Neve, Neve Law, PLLC, attorney licensed to practice law in this court, with office address of 8500 Normandale Lake Blvd, Suite 1080, Minneapolis, MN 55437, declares that on the date set forth below, he caused the following documents:

    **Notice of Appeal**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Matthew R. Burton     mburton@losgs.com, swood@losgs.com
- Stephen F Grinnell     stephen.grinnell@gpmlaw.com
- Andrew Paul Moratzka     apm@mcmlaw.com, jef@mcmlaw.com, ldj@mcmlaw.com
- Timothy J Peters     tpeters@peterslawplc.com, peters.timothy.james@gmail.com
- Will R. Tansey     wrtansey@ravichmeyer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Toyota Financial Savings Bank<br>912 Ft. Duquesne Blvd, Ste T<br>Pittsburgh, PA 15222 | Inver Grove Motors, LLC<br>D/B/A Denny Hecker's Inver Grove Toyota<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Jacob Holdings Of Akron Ave LLC<br>500 Ford Road<br>Minneapolis, MN 55426 | Jacob Holdings Of Hwy 110 LLC<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Midwest Motors, LLC<br>2873 Highway 61 North<br>Maplewood, MN 55109 | Randall L. Seaver – Trustee<br>12400 Portland Ave S, Ste 132<br>Burnsville, MN 55337 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 3, 2010     Signed:   /e/ John R. Neve