# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee | |
| Plaintiff, | Adv. No. 09-5045 |
| vs. | |
| Dennis E. Hecker, et al., | |
| Defendants. | |

**APPELLANT'S ELECTION THAT APPEAL BE HEARD
BY THE UNITED STATES DISTRICT COURT**

Appellant, Dennis E. Hecker, hereby elects, pursuant to 28 U.S.C. § 158(c)(1)(A), to have this appeal heard by the United States District Court for the District of Minnesota.

NEVE LAW, PLLC

Dated: August 3, 2010

    */e/ John R. Neve*
John R. Neve (#278300)
8500 Normandale Lake Boulevard, Suite 1080
Minneapolis, MN 55437
(952) 929-3232

ATTORNEY FOR APPELLANT
DENNIS E. HECKER

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| Randall L. Seaver, Trustee | |
| Plaintiff, | Adv. No. 09-5045 |
| vs. | |
| Dennis E. Hecker, et al., | |
| Defendants. | |

## UNSWORN DECLARATION FOR PROOF OF SERVICE

John R. Neve, Neve Law, PLLC, attorney licensed to practice law in this court, with office address of 8500 Normandale Lake Blvd, Suite 1080, Minneapolis, MN 55437, declares that on the date set forth below, he caused the following documents:

**Appellant's Election that Appeal Be Heard by the United States District Court**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Matthew R. Burton     mburton@losgs.com, swood@losgs.com
- Stephen F Grinnell     stephen.grinnell@gpmlaw.com
- Andrew Paul Moratzka     apm@mcmlaw.com, jef@mcmlaw.com, ldj@mcmlaw.com
- Timothy J Peters     tpeters@peterslawplc.com, peters.timothy.james@gmail.com
- Will R. Tansey     wrtansey@ravichmeyer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Toyota Financial Savings Bank<br>912 Ft. Duquesne Blvd, Ste T<br>Pittsburgh, PA 15222 | Inver Grove Motors, LLC<br>D/B/A Denny Hecker's Inver Grove Toyota<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Jacob Holdings Of Akron Ave LLC<br>500 Ford Road<br>Minneapolis, MN 55426 | Jacob Holdings Of Hwy 110 LLC<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Midwest Motors, LLC<br>2873 Highway 61 North<br>Maplewood, MN 55109 | Randall L. Seaver – Trustee<br>12400 Portland Ave S, Ste 132<br>Burnsville, MN 55337 |

And I declare, under penalty of perjury, that the foregoing is true and correct.


Dated: August 3, 2010                              Signed:   /e/ John R. Neve