# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |
| Randall L. Seaver, Trustee, | Adv. Pro. No. 09-05045 |
| Plaintiff, | |
| v. | |
| Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC, d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, Jacob Holdings of Akron Avenue LLC, | |
| Defendants, | |

## STIPULATION OF APPENDICES ON APPEAL

Dennis E. Hecker, the appellant in this appeal, filed on August 3, 2010. The appellant and the appellees hereby stipulate that the parties to this appeal shall prepare and file separate appendices with the clerk of the district court, prepared in the manner provided in Eighth Circuit Rule 30A(b)(3), pursuant to Local Rule 8006–1.

Dated: <u>August 17, 2010</u>

NEVE LAW, PLLC

<u>/e/ John R. Neve</u>
John R. Neve (#278300)
8500 Normandale Lake Blvd., Suite 1080
Minneapolis, MN 55437
(952) 929-3232

ATTORNEY FOR APPELLANT
DENNIS E. HECKER

| | |
|---|---|
| Dated: August 17, 2010 | MACKALL, CROUNSE & MOORE, PLC |
| | /e/ Andrew P. Moratzka |
| | William J. O'Brien (#184822) |
| | Andrew P. Moratzka (#322131) |
| | 1400 AT&T Tower |
| | 901 Marquette Ave |
| | Minneapolis, MN 55402 |
| | (612) 305-1400 |
| | |
| | ATTORNEYS FOR APPELLEES MIDWEST MOTORS, LLC, and LKMCD PROPERTIES, LLC |
| Dated: August 17, 2010 | LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD. |
| | /e/ James M. Jorissen |
| | Matthew R. Burton (#210018) |
| | James M. Jorissen (#262833) |
| | 100 S 5th St, Suite 2500 |
| | Minneapolis, MN 55402 |
| | (612) 332-1030 |
| | |
| | ATTORNEYS FOR APPELLEE RANDALL L. SEAVER |
| Dated: August 17, 2010 | GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A. |
| | /e/ Stephen F. Grinnell |
| | Nicholas N. Nierengarten (#79169) |
| | Stephen F. Grinnell (#37928) |
| | 500 IDS Center |
| | 80 South Eighth Street |
| | Minneapolis, Minnesota 55402 |
| | (612) 632-3040 |
| | |
| | MAYER BROWN LLP |
| | Howard J. Roin, admitted *Pro Hac Vice* |
| | Stuart M. Rozen, admitted *Pro Hac Vice* |
| | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| | (312) 701-7302 |
| | |
| | ATTORNEYS FOR APPELLEE CHRYSLER FINANCIAL SERVICES AMERICAS LLC |

Dated: August 17, 2010  PETERS LAW FIRM, P.L.C.

/e/ Gregory L. Taddonio
Timothy J. Peters (#269979)
2116 Second Avenue South
Minneapolis, MN 55404
(612) 746-1475

REED SMITH LLP
Gregory L. Taddonio, admitted *Pro Hac Vice*
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-7102

ATTORNEYS FOR APPELLEE TOYOTA
MOTOR CREDIT CORPORATION

Dated: August 17, 2010  RAVICH MEYER KIRKMAN MCGRATH
NAUMAN & TANSEY, P.A.

/e/ Michael B. Lubic
Will R. Tansey (#0323056)
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

K&L GATES LLP
Michael B. Lubic, admitted *Pro Hac Vice*
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
(310) 552-5000

ATTORNEYS FOR APPELLEE
TOYOTA FINANCIAL SAVINGS BANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re: Dennis E. Hecker,                                           Bky No. 09-50779

    Debtor.    Chapter 7

---

Randall L. Seaver, Trustee,

        Plaintiff,                                               Adv. No. 09-5045

vs.

Dennis E. Hecker, Midwest Motors, LLC,
LKMCD Properties, LLC, Chrysler Financial Services
Americas LLC, Toyota Motor Credit Corporation,
Inver Grove Motors LLC d/b/a Denny Hecker's
Inver Grove Toyota, Jacob Holdings of Highway 110 LLC,
and Jacob Holdings of Akrom Avenue LLC,

        Defendants.

---

UNSWORN DECLARATION FOR PROOF OF SERVICE

---

John R. Neve, Neve Law, PLLC, attorney licensed to practice law in this court, with office address of 8500 Normandale Lake Blvd, Suite 1080, Minneapolis, MN 55437, declares that on the date set forth below, he caused the following documents:

    **Stipulation of Appendices on Appeal**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Matthew R. Burton — mburton@losgs.com, swood@losgs.com
- Stephen F Grinnell — stephen.grinnell@gpmlaw.com
- Andrew Paul Moratzka — apm@mcmlaw.com, jef@mcmlaw.com, ldj@mcmlaw.com
- Timothy J Peters — tpeters@peterslawplc.com, peters.timothy.james@gmail.com
- Will R. Tansey — wrtansey@ravichmeyer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

| | |
|---|---|
| Toyota Financial Savings Bank<br>912 Ft. Duquesne Blvd, Ste T<br>Pittsburgh, PA 15222 | Inver Grove Motors, LLC<br>D/B/A Denny Hecker's Inver Grove Toyota<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Jacob Holdings Of Akron Ave LLC<br>500 Ford Road<br>Minneapolis, MN 55426 | Jacob Holdings Of Hwy 110 LLC<br>500 Ford Road<br>Minneapolis, MN 55426 |
| Midwest Motors, LLC<br>2873 Highway 61 North<br>Maplewood, MN 55109 | Randall L. Seaver – Trustee<br>12400 Portland Ave S, Ste 132<br>Burnsville, MN 55337 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: August 18, 2010                    Signed:   /e/ John R. Neve